**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 26-cr-00583 was assigned in error, therefore,

IT IS HEREBY ORDERED that case number 26-cr-00583 shall be vacated and that case number 26-cr-00583 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Virginia M. Kendall

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 10th day of November 2026.